# EXHIBIT A

## Case Information

DC-22-08019 | EXXONMOBIL 01L CORPORATION (F/K/A MOBIL CORPORATION) vs. AIG SPECIALTY INSURANCE CO. (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO.)

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| DC-22-08019 | 44th District Court | WYSOCKI, ASHLEY |
| **File Date** | **Case Type** | **Case Status** |
| 07/14/2022 | CNTR CNSMR COM DEBT | OPEN |

## Party

**PLAINTIFF**
EXXONMOBIL 01L CORPORATION (F/K/A MOBIL CORPORATION)

Active Attorneys ▼
Lead Attorney
MARTIN, ERNEST
Retained

**DEFENDANT**
AIG SPECIALTY INSURANCE CO. (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO.)

Address
1271 AVENUE OF THE AMERICAS
FL 41
NEW YORK NY 10020

Active Attorneys ▼
Lead Attorney
BROOKS, DARIN
Retained

## Events and Hearings

07/14/2022 NEW CASE FILED (OCA) - CIVIL

07/14/2022 ORIGINAL PETITION ▾

CIVIL CASE INFORMATION SHEET

ORIGINAL PETITION

07/14/2022 ISSUE CITATION ▾

ISSUE CITATION - AIG SPECIALTY INSURANCE CO.

07/18/2022 ORDER - STATUS CONFERENCE ▾

ORDER - STATUS CONFERENCE

07/22/2022 CITATION ▾

Served
07/29/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
08/04/2022
Comment
AIG SPECIALTY INSURANCE CO.

08/04/2022 RETURN OF SERVICE ▾

EXECUTED CITATION - AIG SPECIALTY INSURANCE CO.

Comment
EXECUTED CITATION - AIG SPECIALTY INSURANCE CO.

08/22/2022 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER

09/02/2022 Status Conference ▾

Judicial Officer
WYSOCKI, ASHLEY

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

## Financial

EXXONMOBIL OIL CORPORATION (F/K/A MOBIL CORPORATION)

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $358.00 |
| | Total Payments and Credits | | | $358.00 |
| 7/16/2022 | Transaction Assessment | | | $358.00 |
| 7/16/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 43137-2022-DCLK | ExxonMobil Oil Corporation (F/K/A Mobil Corporation) | ($221.00) |
| 7/16/2022 | STATE CREDIT | | | ($137.00) |

## Documents

CIVIL CASE INFORMATION SHEET

ORIGINAL PETITION

ORDER - STATUS CONFERENCE

ISSUE CITATION - AIG SPECIALTY INSURANCE CO.

EXECUTED CITATION - AIG SPECIALTY INSURANCE CO.

ORIGINAL ANSWER